AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

AUG 1 5 2019

| | |
|---|---|
| United States of America<br>v.<br>CHADRICK DEWAYNE JAMES<br>a/k/a "Chadricks James,"<br>a/k/a "Chad James,"<br>a/k/a "Mississippi Chadrick"<br>*Defendant(s)* | Case No.<br>1:19-mj-365 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 15, 2019 in the county of Fairfax in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 32 C.F.R. § 1903.7(a) | The defendant unlawfully, knowingly, and intentionally trespassed by entering or remaining on an Agency installation without proper authorization. |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

SAUSA William Reed/AUSA William Fitzpatrick

*Complainant's signature*

James T. Bowen, Officer, CIA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/15/19

/s/
Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, VA

Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*